**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-740C
(Filed: October 13, 2017)

FILED
OCT 13 2017
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * *

GRANVILLE SCRUGGS, II,

      *Plaintiff*,

v.

THE UNITED STATES,

      *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    Plaintiff filed his complaint on June 2, 2017. Defendant filed a motion to dismiss pursuant to Rule 12(b)(6) on August 17, 2017. That motion is fully briefed. Plaintiff also filed a motion to amend his complaint on September 26, 2017. On October 10, 2017, prior to the court ruling on either motion, plaintiff filed a notice of voluntary dismissal pursuant to Rule 41. Accordingly, the Clerk of Court is directed to dismiss the complaint without prejudice and to enter judgment accordingly. All pending motions are denied as moot.

                                                           ERIC G. BRUGGINK
                                                            Senior Judge

7012 3460 0001 7791 8743